No. 96–6032. CALL v. GOMEZ, COMMISSIONER OF HUMAN SERVICES, ET AL. Ct. App. Minn. Certiorari denied.

No. 96–6066. ROARK v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 96–6078. NUNLEY v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 96–6159. MODDERNO v. KING, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT. C. A. D. C. Cir. Certiorari denied.

No. 96–6161. BRADY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6205. WESTLEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 96–6240. LEE v. FUJI BANK, LTD. C. A. 1st Cir. Certiorari denied.

No. 96–6264. THORNTON v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 96–6307. RANUM v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–6381. DANIELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6403. O'BRIEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–6421. ESCOBEDO-MORENO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6442. GURS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6615. CAVE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.